IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS PERRYMAN,

    Plaintiff,

              v.

JAMES DEACON, STEVE FRANKIE,
LEONARD WILLIAMSON, LIEUTENANT
J. EDISON, K. HENDRICKS,

    Defendants.

2:12-CV-01234-AC

ORDER

Dennis Perryman
15606523
Snake River Correctional Institution
777 Stanton Blvd
Ontario, OR 97914-8335

    Pro Se Plaintiff

Shannon M. Vincent
OREGON DEPARTMENT OF JUSTICE
Trial Division, CLS
1162 Court Street, NE
Salem, OR 97301-0346

    Attorney for Defendants

1 - ORDER

HERNANDEZ, District Judge:

Magistrate Judge John V. Acosta issued a Findings and Recommendation ("F&R") [78] on January 31, 2014, recommending that Defendants' motion for summary judgment [45] be granted. Because no objections to the F&R were timely filed, I am relieved of my obligation to review the record de novo. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (de novo review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles de novo, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's F&R [78]. Accordingly, Defendants' motion for summary judgment [45] is GRANTED.

IT IS SO ORDERED.

DATED this 2 day of March, 2014.

_____
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER